IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN FREDERICKS, JOHN FREDERICKS III, CASEY FREDERICKS, SHAWN FREDERICKS, AND MARY MALEE FREDERICKS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR AND DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior,<br><br>*Federal Defendants*. | Case No. 1:20-cv-02458-ACR |

## JOINT STATUS REPORT

Plaintiffs and Federal Defendants, through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's April 16, 2024 Minute Entry, and state as follows:

1. On April 16, 2024, the Court ordered "this case shall remain stayed until July 15, 2024, to allow the parties to continue participating in mediation," and also ordered that the parties "file a joint status report on or before July 15, 2024." *See* April 16, 2024 Minute Entry.

2. As directed by the Court, the parties have been diligently participating in mediation, have separately attended multiple mediation sessions, and are working in good faith to reach a global settlement of Plaintiffs' claims in this case and before the United States Court of Federal Claims. Plaintiffs have reviewed the government's over 500-page final informal production, which included information regarding financial distributions that may assist the parties in reaching a negotiated resolution. Since then, Plaintiffs have been formalizing their settlement position, and anticipate sending a settlement demand letter to the government's counsel soon, following which

1

the Parties anticipate the government will need time to review and respond. As this reflects, the mediation process is still ongoing, and the parties anticipate several additional sessions will be necessary to determine whether the parties will be able to fully and finally resolve this matter.

3. To permit the parties to continue participating in mediation and to avoid waste of judicial resources, the parties thus jointly request the Court enter an order staying the matter for an additional ninety (90) days and order the parties to file a joint status report updating the Court regarding the status of mediation and any next steps in this case by the conclusion of that ninety (90) day period, meaning on or before Monday, October 14, 2024.

Dated: July 15, 2024

/s/ Keith M. Harper
Keith M. Harper (DC Bar No. 451956)
Grace Signorelli-Cassady (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC, 20001-4412
(202) 639-6000
kharper@jenner.com
gsignorelli@jenner.com

*Counsel for Plaintiffs*

/s/ Matthew Marinelli
Matthew Marinelli
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0293
Matthew.Marinelli@usdoj.gov

*Attorney for Federal Defendants*